LEAD ATTORNEYS IN CHARGE FOR
PLAINTIFF AND CLASS MEMBERS
James X. Bormes (*pro hac vice*)
Catherine P. Sons (*pro hac vice*)
LAW OFFICE OF JAMES X. BORMES, P.C.
Illinois State Bar No. 620268
8 South Michigan Avenue
Suite 2600
Chicago, Illinois 60603
(312) 201-0575
jxbormes@bormeslaw.com
cpsons@bormeslaw.com

Thomas M. Ryan (Admitted *pro hac vice*)
LAW OFFICE OF THOMAS M. RYAN, P.C.
Illinois State Bar No. 6273422
35 East Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 726-3400
tom@tomryanlaw.com
Attorney for Plaintiff

LOCAL COUNSEL:
Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terri Hayford, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Magellan Health, Inc.,<br><br>Defendant. | Case No. 2:15-cv-02643-JJT<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF AN AMENDED COLLECTIVE ACTION NOTICE** |

Plaintiff Terri Hayford ("Plaintiff") submits this motion on the grounds that Plaintiff and Defendant Magellan Health, Inc. ("Defendant") request that the Court approve an

Amended Collective Action Settlement Notice.

1. On June 1, 2017, the Court granted Plaintiff's Unopposed Motion for Order Granting Approval of Collective Action Settlement, Conditional Certification for Settlement Purposes, and Approval of Collective Action Notice and Forms.

2. The Parties request that the Court approve a modification of the Notice. (Doc. No. 74-2). Specifically, the Parties request that paragraph 11 of the Notice be modified to provide as follows:

> **[current text] EXAMINATION OF COURT FILE.** All of the above descriptions of this lawsuit, the settlement, and other matters are only summaries. All documents filed in this lawsuit, including the full Settlement Agreement that details the terms of the settlement, may be inspected at the office of the United States District Court, District of Arizona, 401 W. Washington St., Phoenix, Arizona, or by contacting Collective Action Counsel.

> [**proposed modified text**] (11) EXAMINATION OF COURT FILE. All of the above descriptions of this lawsuit, the settlement, and other matters are only summaries. All documents filed in this lawsuit, including the full Settlement Agreement that details the terms of the settlement, may be provided to you by contacting any of the lawyers identified in Paragraph 8. The lawyers in Paragraph 8 represent the Named Plaintiff and those who consent to opt into the settlement. They do not represent Magellan Health, Inc.

A copy of the proposed amended Notice is attached hereto as Exhibit 1.

DATED this 19th day of June, 2017.

> */s/ James X. Bormes*
> James X. Bormes (*pro hac vice*)
> Catherine P. Sons (*pro hac vice*)
> LAW OFFICE OF JAMES X. BORMES, P.C.
> Illinois State Bar No. 620268
> 8 South Michigan Avenue, Suite 2600
> Chicago, Illinois 60603
> (312) 201-0575
> jxbormes@bormeslaw.com
> cpsons@bormeslaw.com

Thomas M. Ryan (*pro hac vice*)
LAW OFFICE OF THOMAS M. RYAN, P.C.
Illinois State Bar No. 6273422
35 East Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 726-3400
tom@tomryanlaw.com

LOCAL COUNSEL:
Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2017, I electronically transmitted the foregoing document to all counsel of record via the Court's CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

Mark Ogden
Cory G. Walker
Littler Mendelson, P.C.
2425 E. Camelback Road, Suite 900
Phoenix, AZ
85016-2907
mogden@littler.com
cgwalker@littler.com

/s/ James X. Bormes

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600